LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE SMITH, | ) | No. EDCV 13-1306 SP |
| | ) | |
|    Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) subject to the terms of the stipulation.

    DATE:  September 17, 2014    _____/s/_____

                                       HON. SHERI PYM
                                       UNITED STATES MAGISTRATE JUDGE